IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>BRYANT D. FINNEY,<br><br>        Defendant. | 8:08CR446<br><br>ORDER |

      Defendant Bryant D. Finney appeared before the court on Wednesday, September 5, 2012 on a Petition for Offender Under Supervision [66]. The defendant was represented by CJA Panel Attorney Barbara J. Thielen, and the United States was represented by Assistant U.S. Attorney Christopher L. Ferretti on behalf of John E. Higgins. Through his counsel, the defendant waived his right to a probable cause hearing on the Petition for Offender Under Supervision [66] pursuant to Fed. R. Crim. P. 32.1(a)(1). The defendant appeared on a Writ of Habeas Corpus ad Prosequendum, and is currently in state custody. Therefore, the defendant was not entitled to a detention hearing.

      I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

      **IT IS ORDERED**:

      1.    A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **October 11, 2012 at 1:30 p.m.** Defendant must be present in person.

      2    The U.S. Marshal is authorized to return the defendant to the custody of Nebraska state authorities pending the final disposition of this matter.

      DATED this 5th day of September, 2012.

                                          BY THE COURT:

                                          s/ F. A. Gossett
                                          United States Magistrate Judge